IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WIDMER, # B-30985,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 14-cv-1111-JPG |
| | ) |
| **KIM BUTLER,** | ) |
| **ROGER PELKER,** | ) |
| **and BILL WESTFALL,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Plaintiff's motion to stay case, filed on December 3, 2014 (Doc. 6). Previously, Plaintiff's motion for leave to proceed *in forma pauperis* ("IFP") in this case was denied, because the complaint failed to establish that Plaintiff (who has "struck out") was under imminent danger of serious physical injury at the time he filed the action (Doc. 5). See 28 U.S.C. § 1915(g). He was ordered to pay the full $400.00 filing fee for this case by December 10, 2014, or the case would be dismissed without prejudice.

In his motion to stay, Plaintiff advises the Court that he is scheduled to be released from prison on December 26, 2014, plans to return to work in January 2015, and shall pay all the fees he owes to this Court. He states he will pay the fee for the instant case by March 2015.

Plaintiff's motion to stay (Doc. 6) is **GRANTED** as follows:

**IT IS ORDERED** that Plaintiff shall pay the $400.00 filing fee for this action in full, on or before **March 20, 2015**. This case is **STAYED** until that date. If full payment is not received by March 20, 2015, this case shall be dismissed without prejudice. *See* FED. R. CIV. P. 41(b).

Plaintiff is reminded that his complaint has yet to undergo the full merits review required under 28 U.S.C. § 1915A.  That provision continues to apply to this action (as do other portions of the Prison Litigation Reform Act) even after Plaintiff is released from prison, because the lawsuit was filed while Plaintiff was a prisoner.

**IT IS SO ORDERED.**

**DATED:  December 4, 2014**

*s/J. Phil Gilbert*
United States District Judge
